Michael BUTLER, Petitioner,

v.

STATE of Florida, Respondent.

Case No. 5D16–3576

District Court of Appeal of Florida, Fifth District.

Opinion filed December 30, 2016

Michael Butler, Raiford, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent–Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 14, 2016, order denying Petitioner's *pro se* rule 3.800(a) motion alleging an illegal sentence, filed in Case No. 1989–001762–CFAES in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, EVANDER, WALLIS, JJ., concur.